PETER G. SIACHOS
PSIACHOS@GRSM.COM
DIRECT DIAL: (973) 549-2532

*Admitted In: NJ, NY, SC, DC, and PA*



ATTORNEYS AT LAW
18 COLUMBIA TURNPIKE, SUITE 220
FLORHAM PARK, NJ 07932
WWW.GRSM.COM

August 20, 2020

**VIA ECF**

Hon. Roy K. Altman
U.S. Federal Building and Courthouse
299 East Broward Boulevard
Courtroom 207A, Chambers 207B
Fort Lauderdale, Florida 33301

      Re:    **Vital Pharmaceuticals v. Monster, et al.**
                Case No. 0:19-cv-60809-RKA

Dear Judge Altman:

      Counsel have met and conferred regarding trial scheduling and Plaintiff requests that the trial begin on Wednesday, August 26, 2020 at 1 pm EDT.

      Respectfully Yours,

      GORDON REES SCULLY MANSUKHANI LLP

      */s/ Peter G. Siachos*

      PETER G. SIACHOS

cc:    All Counsel of Record (Via ECF)