UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-60809-CIV-ALTMAN/Hunt

**VITAL PHARMACEUTICALS, INC.,**
**d/b/a VPX Sports, a Florida Corporation,**

    *Plaintiff/Counterclaim-Defendant*,

**v.**

**MONSTER ENERGY COMPANY,**
**a Delaware corporation, and**
**REIGN BEVERAGE COMPANY, LLC,**
**a Delaware limited liability company,**

    *Defendants/Counterclaimants*.
_____

**MONSTER ENERGY COMPANY,**
**a Delaware corporation, and**
**REIGN BEVERAGE COMPANY, LLC,**
**a Delaware limited liability company,**

    *Crossclaimants*,

**v.**

**JHO INTELLECTUAL PROPERTY**
**HOLDINGS, LLC, a Florida limited**
**liability company,**

    *Crossclaim-Defendant*.
_____/

## ORDER

**THIS MATTER** comes before the Court on VPX's Notice [ECF No. 363], in which VPX asks to start the trial on August 26, 2020.

The Court hereby

**ORDERS AND ADJUDGES** as follows:

1. Trial shall begin on August 26, 2020 at 1 p.m. ET.

2. The trial will be held over Zoom and can be accessed via the following link throughout the duration of trial:

https://www.zoomgov.com/j/1604016116?pwd=R3JnY3RYckxoNWN1THR0ZStQMGRXUT09

Meeting ID: 160 401 6116

Passcode: 7777

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 20th day of August 2020.

							_____
							**ROY K. ALTMAN**
							**UNITED STATES DISTRICT JUDGE**

cc:	counsel of record