UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-60809-CIV-ALTMAN/Hunt

VITAL PHARMACEUTICALS, INC.,
d/b/a VPX Sports, a Florida Corporation,

    *Plaintiff/Counterclaim-Defendant*,

v.

MONSTER ENERGY COMPANY,
a Delaware corporation, and
REIGN BEVERAGE COMPANY, LLC,
a Delaware limited liability company,

    *Defendants/Counterclaimants*.
_____

MONSTER ENERGY COMPANY,
a Delaware corporation, and
REIGN BEVERAGE COMPANY, LLC,
a Delaware limited liability company,

    *Crossclaimants*,

v.

JHO INTELLECTUAL PROPERTY
HOLDINGS, LLC, a Florida limited
liability company,

    *Crossclaim-Defendant*.
_____/

-2-

**ORDER**

For the reasons stated on the record [ECF No. 385], the Court hereby **ORDERS** as follows:

1. Closing arguments are set for **October 16, 2020 at 1:30 P.M. EST**.

2. Each side will receive 45 minutes to present.

3. Closing arguments will be conducted over Zoom through the following link:

    https://www.zoomgov.com/j/1604016116?pwd=R3JnY3RYckxoNWN1THR0ZStQMGRXUT09

    Meeting ID: 160 401 6116

    Passcode: 7777

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 13th day of October 2020.

                          **ROY K. ALTMAN**
                          **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record